UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

Ramon Antonio Mendez-Ureña,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2020

20 Cr. 65 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the trial scheduled for June 10, 2020 is ADJOURNED to **July 8, 2020**.

SO ORDERED.

Dated: February 6, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge