UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAMON ANTONIO MENDEZ-UREÑA,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2020

20 Cr. 65 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the status conference scheduled for March 5, 2020, at 11:00 a.m., is RESCHEDULED to **March 5, 2020**, at **4:00 p.m.**

SO ORDERED.

Dated: February 20, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge