UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAMON ANTONIO MENDEZ-UREÑA,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2020

20 Cr. 65 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is hereby ORDERED that the status conference scheduled for March 5, 2020 is ADJOURNED to **March 23, 2020**, at **12:30 p.m.** The time between March 5, 2020 and March 23, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to discuss a pretrial disposition.

      SO ORDERED.

Dated: March 4, 2020
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge