USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAMON ANTONIO MENDEZ-UREÑA,

Defendant.

20 Cr. 65 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 16, 2020, in light of the COVID-19 public health crisis, the Court adjourned a status conference in this matter originally scheduled for March 23, 2020. ECF No. 14. The Court subsequently adopted emergency rules for conducting conferences and proceedings in criminal cases. *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

Accordingly, defense counsel is directed to confer with the Government, and submit a letter to the docket stating the positions of both defense counsel and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law," conduct the status conference "by **telephone** . . . and, if applicable, whether the Defendant consents to appearance in that manner or to waiving his or her appearance altogether." Rule 2(B) of the Court's Emergency Individual Rules (emphasis added).

SO ORDERED.

Dated: April 13, 2020
New York, New York

ANALISA TORRES
United States District Judge