U.S. I...

United ...
South...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020

The Silvi...
One Saint Andrew s Plaza
New York, New York 10007

April 28, 2020

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

    Re:    <u>United States v. Mendez-Urena</u>, 20 Cr. 65 (AT)

Dear Judge Torres:

    On March 16, 2020, the Court adjourned sine die the status conference originally scheduled in this matter for March 23, 2020. The Court stated that time would be excluded between March 23, 2020 and April 27, 2020 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) in the interest of justice. On April 13, 2020, the Court ordered that defense counsel submit a letter stating the positions of both defense counsel and the Government as to whether the status conference in this matter could be conducted telephonically. On April 28, 2020, defense counsel responded to the Court's order, indicating that the parties are in agreement that the Court has the authority to do so and that Mr. Mendez-Urena consents to appearance by phone.

    On April 20, 2020, Chief Judge Colleen McMahon issued an order stating that all criminal jury trials were continued pending further order of the court to protect public health and excluding time until June 15, 2020 for any continuance entered as a result of the order. Trail is currently scheduled in this matter for July 8, 2020.

In light of Chief Judge McMahon's order, the Government respectfully requests that time be excluded in this matter until June 15, 2020. The exclusion of time would allow the Court to respond to defense counsel's April 28, 2020 letter and permit the parties to schedule a new status conference date and to continue to work out a pre-trial disposition in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:  /s/ Mitzi Steiner
Mitzi Steiner
Assistant United States Attorney
(212) 637-2284

cc: Zawadi Baharanyi (By ECF)

GRANTED. The time between April 27, 2020 and June 15, 2020, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by taking this action outweigh the interests of the parties and the public in a speedy trial in that this will allow the Court to reschedule the March 16, 2020 conference, adjourned due to the COVID-19 pandemic, and allow the parties time to discuss a potential pretrial resolution of the case. *See also In re: Coronavirus/COVID-19 Pandemic (Extension of Time Under the Speedy Trial Act)*, 20 Misc. 196, ECF No. 1 ¶ 6 (S.D.N.Y. Apr. 20, 2020).

SO ORDERED.

Dated: April 28, 2020
       New York, New York

ANALISA TORRES
United States District Judge