```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

20 Cr. 65 (AT)

RAMON ANTONIO MENDEZ-UREÑA,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    Defendant having moved for an order granting his release, or, in the alternative, a bail hearing, ECF No. 19, and Defendant having waived his appearance at such a hearing, ECF No. 22, it is ORDERED that a telephonic bail hearing shall be held on **May 8, 2020**, at **11:30 a.m.**

    The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

    SO ORDERED.

Dated: May 6, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge