```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/8/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

RAMON ANTONIO MENDEZ-UREÑA,

           Defendant.

20 Cr. 65 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A telephonic hearing having been held today with counsel for all parties participating, and defense counsel having informed the Court that Defendant waived his appearance at the hearing, it is hereby ORDERED that Defendant's bail application is GRANTED, for the reasons stated on the record.

    It is ORDERED that Defendant, currently held at the Metropolitan Correctional Center, is to be released on the following conditions:

1. $25,000 personal recognizance bond, co-signed by 2 financially responsible persons;

2. Home incarceration, at the address provided by Defendant at ECF No. 19, enforced by location monitoring at the discretion of Pretrial Services;

3. Travel restricted to SDNY and EDNY;

4. Supervision as directed by Pretrial Services; and

5. Surrender of any travel documents and no new applications.

    As stated on the record, this order resolves Defendant's bail applications filed in this matter, and in in case *United States v. Hector Melendez Lopez*, 16 Cr. 94 (S.D.N.Y), pending before the Honorable Paul Engelmayer.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 16, 19, 21, and 23.

    SO ORDERED.

Dated: May 8, 2020
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge