```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

20 Cr. 65 (AT)

RAMON ANTONIO MENDEZ-UREÑA,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

It is ORDERED that the parties shall appear for a telephonic status conference on **May 28, 2020**, at **11:00 a.m.**

The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

SO ORDERED.

Dated: May 19, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge