**Federal Defenders**
OF NEW YORK, INC.

52 Du[ane]

David E. Patton
Executive Director
and Attorney-in-Chief

Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020

June 30, 2020

**BY ECF/EMAIL**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Ramon Antonio Mendez-Urena,* 20 Cr. 65 (AT)

Dear Judge Torres:

    With the consent of the government, I write to request that the Court cancel the status conference scheduled for July 2 at 11:20 a.m. This conference was scheduled in order for the defense to inform the Court of what, if any, pretrial motions it expected to file in the above-captioned matter. The defense does not intend to file pretrial motions in this case and therefore requests cancellation of the July 2 status conference.

    A trial date has already been scheduled for June 21, 2021. Mr. Mendez-Urena would consent to the exclusion of time until June 21, 2021.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi, Esq.
Assistant Federal Defender
Tel: (917) 612-2753
Email: Zawadi_Baharanyi@fd.org

---

GRANTED. The status conference scheduled for July 2, 2020 is ADJOURNED *sine die*. It is further ORDERED that the time between July 2, 2020 and June 21, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by taking this action outweigh the interests of the parties and the public in a speedy trial in that this will allow time for the parties to prepare for a jury trial, and for the Court to safely conduct such a trial, in light of the risks posed by the COVID-19 pandemic.

SO ORDERED.

Dated: June 30, 2020
New York, New York

ANALISA TORRES
United States District Judge